1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
For the Northern District of California

11   ANTHONY A. MERINO,                )   No. C 12-03277 EJD (PR)
                                       )
12               Petitioner,           )   **JUDGMENT**
                                       )
13        v.                           )
                                       )
14   MATHEW CATE, et al.               )
                                       )
15               Respondents.          )
                                       )
16   _____ )
17

18        The instant petition for writ of habeas corpus has been denied on the merits.

19   Judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of

20   his petition.  The Clerk shall close the file.

21        IT IS SO ORDERED.

22

23   DATED: _____9/15/2014_____          _____
                                         EDWARD J. DAVILA
24                                       United States District Judge

25

26

27

28

Judgment
P:\PRO-SE\EJD\HC.12\03277Merino_judgment.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

ANTHONY A. MERINO,

         Petitioner,

  v.

MATHEW CATE, et al.,

         Respondents.

_____/

Case Number: CV12-03277 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/16/2014_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony A. Merino
P. O. Box 15756
San Francisco, CA 94115

Dated: _____9/16/2014_____

          Richard W. Wieking, Clerk
         /s/By: Elizabeth Garcia, Deputy Clerk